**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CARLOS CORONADO BENEDITH,<br>Petitioner,<br>v.<br>WARDEN FACILITY ADMINISTRATOR, et al.,<br>Respondents. | Case No. 5:26-cv-04858-MWF-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents have not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the Petition; (2) respondents: shall provide petitioner Juan Carlos Coronado Benedith (A # 240-274-851) with a bond hearing within seven days of the date of this Order (unless a continuance of the hearing is granted at the request of petitioner), at which petitioner shall be afforded an opportunity to be heard prior to any ruling on whether petitioner is entitled to release on bond, and at which respondents shall have the burden to prove, by

clear and convincing evidence before a neutral decisionmaker, that petitioner presents a flight risk or danger to the community; or shall release petitioner if no bond hearing is held within seven days (unless a continuance of the hearing is granted at the request of petitioner); and (3) respondents shall file a status report no later than ten court days from the date of this Order regarding their compliance with this Order.

Dated: November 18, 2026

MICHAEL W. FITZGERALD
United States District Judge